**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01129-CMA-KLM

JANIE MUNROE,

      Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

      Defendant.

---

## SUPPLEMENT TO THE SCHEDULING ORDER

Plaintiff Janie Munroe ("Plaintiff"), together with Defendant Safeco Insurance Company of America ("Defendant" or "Safeco"), by and through undersigned Counsel, hereby submit this Supplement to the Scheduling Order, as follows:

### 4. UNDISPUTED FACTS

1. Janie Munroe resides at 8004 Lakewood Drive, Parker, Colorado 80134.

2. Safeco is a New Hampshire insurance company, licensed, at all times pertinent hereto, to do business in Colorado, with a principal office located in Boston, Massachusetts.

3. On June 11, 2012, Defendant inspected Plaintiff's property and wrote an estimate in the amount of $5,369.81 (RCV) to repair the covered damages to Plaintiff's property.

4.  On June 11, 2012, Defendant issued payment to Plaintiff in the amount of $2,678.97, reflecting the actual cash value of the estimate less Plaintiff's $2,500 deductible.

5.  On July 11, 2012, in response to Plaintiff's request for a re-inspection, Defendant retained Kent Strickland of NCA Group, who inspected the property and wrote an estimate in the amount of $7,037.68 to repair the damage to Plaintiff's property.

6.  On or around July 18, 2012, Defendant issued a supplemental payment to Plaintiff based on Mr. Strickland's estimate in the amount of $1,254.96.

7.  On December 20, 2014, an appraisal award was entered in the amount of $44,791.20.

8.  On or around December 30, 2014, Defendant issued the actual cash value payment of $28,742.43 based on the appraisal award and prior payments.

9.  On or about March 30, 2015, after receiving documentation that Plaintiff had completed the repairs to her property, Defendant issued payment in the amount of $8,934.21 for the recoverable depreciation.

DATED at Denver, Colorado, this____day of _____ , 2015.

                                          BY THE COURT:

                                          _____
                                          United States Magistrate Judge

APPROVED this 25th day of September, 2015.

| | |
|---|---|
| *s/Jessica Mauser* | *s/Holly C. Ludwig* |
| Jessica Mauser, Esq. | Brian J. Spano |
| Ross Ziev, Esq. | Holly C. Ludwig |
| SPEIGHTS AND WORRICH, LLC | LEWIS ROCA ROTHGERBER LLP |
| 116 Inverness Drive East, Suite 270 | 1200 17th Street, Suite 3000 |
| Englewood, CO  80112 | Denver, CO  80202-5855 |
| Tel:    303.662.8082 | Tel:    303.623.9000 |
| Fax:   303.662.8083 | Fax:   303.623.9222 |
| jmauser@speightsfirm.com | bspano@lrrlaw.com |
| ross@speightsfirm.com | hludwig@lrrlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Safeco Insurance Company of America* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2015, I filed electronically the foregoing **SUPPLEMENT TO THE SCHEDULING ORDER** with the Clerk of Court, using the CM/ECF system, which caused automatic electronic notification of such filing to be served upon the following:

Brian J. Spano
Holly C. Ludwig, Esq.
LEWIS ROCA ROTHGERBER LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Tel: 303.623.9000
Fax: 303.623.9222
E-mail: bspano@LRRLaw.com
hludwig@lrrlaw.com
*Attorneys for Defendant*

*s/Jessica Mauser*
Jessica Mauser

Speights & Worrich, LLC
116 Inverness Drive East, Suite 270
Englewood, CO 80112
Telephone: (303) 662-8082
Facsimile: (303) 662-8083
Email: jmauser@speightsfirm.com
Attorney for Plaintiff, Janie Munroe