IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01129-CMA-KLM

JANIE MUNROE,

    Plaintiff,

v

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**STIPULATED ORDER RE: FED. R. EVID. 502(d)**

---

The production of privileged or work product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privilege and/or protected information before production.

/s/ Jessica Mauser
Jessica Mauser #47630
Ross Ziev #43181
116 Inverness Drive East, Suite 270
Englewood, CO 80112
Telephone: (303) 662-8082
Email: ross@speightsfirm.com

/s/ Holly C. Ludwig
Holly C. Ludwig
Brian J. Spano
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Telephone: (303) 623-9000
Email: hludwig@lrrlaw.com

jmauser@speightsfirm.com
Attorneys for Plaintiff

bspano@lrrlaw.com
Attorneys for Defendant

**SO ORDERED**

Dated: September 29, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge