# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01129-RPM

JANIE MUNROE,

    Plaintiff,

v

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

---

Plaintiff, Janie Munroe, by and through her attorneys, Speights and Worrich, LLC, respectfully moves this Court to amend the scheduling order as follows:

## **CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff has conferred with Counsel for Defendant. Counsel for Defendant does not oppose the relief requested in this Motion.

## **INTRODUCTION**

1. The Scheduling Conference in this matter was originally scheduled for August 4, 2015.

2. Due to scheduling conflicts, Plaintiff's Counsel conferred with Defense Counsel and mutually agreed to reschedule the Scheduling Conference for a later date.

3. This Court granted the parties' request and set the Scheduling Conference for September 14, 2015.

4. Plaintiff's Counsel contacted Defense counsel on October 29, 2015 to seek additional time for expert disclosures as well as other pertinent discovery deadlines.

5. Defendant informed Plaintiff that it did not oppose an extension of time on October 29, 2015.

6. As the Scheduling Conference occurred more than 30 days after originally scheduled, the parties find good cause to amend the Scheduling Order and request that the original deadlines as ordered on September 14, 2015 be extended as follows:

   a. Deadline for the parties' affirmative expert disclosures: December 14, 2015.

   b. Deadline for the parties' rebuttal experts: January 11, 2016.

   c. Deadline to serve discovery: February 5, 2016.

   d. Discovery cut off: March 7, 2016.

   e. Dispositive Motion Deadline: April 4, 2016.

7. The parties note that the Pretrial Conference has been set in this matter for May 31, 2016. However, a trial date has not yet been set and neither the parties nor the Court will be prejudiced as a result of the extension of these deadlines.

WHEREFORE, Plaintiff requests that this Court amend the Scheduling Order to reflect the proposed deadline extensions as contained in this Motion.

Respectfully submitted this 12th day of November, 2015.

/s/ *David Roth*
David Roth, #44800
Attorney for Plaintiff
In accordance with C.R.C.P. 121, §1-26(9), a printed copy of this document with original signatures is being

maintained by the filing party and will be made available for inspection by other parties or the Court upon request.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of November, 2015, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER** was served on the following, by electronic filing using the CM/ECF filing system which will sent a copy to the following email addresses:

**Brian J. Spano, #17059**
**Holly C. Ludwig, #41381**
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
(303) 623-9000
Email: bspano@LRRLaw.com
  hludwig@LLRLaw.com
Attorneys for Defendant


*/s/ David Roth*
**David Roth**
Speights & Worrich, LLC
116 Inverness Drive East, Suite 270
Englewood, CO 80112
Telephone: (303) 662-8082
Facsimile: (303) 662-8083
Email: david@speightsfirm.com
Attorney for Plaintiff, Janie Munroe