IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01129-CMA-KLM

JANIE MUNROE,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend the Scheduling Order** [#36][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. The Scheduling Order [#28] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **December 14, 2015**
- Rebuttal Expert Disclosure Deadline    **January 11, 2016**
- Deadline to Serve Written Discovery Requests    **February 5, 2016**
- Discovery Deadline    **March 7, 2016**
- Dispositive Motions Deadline    **April 4, 2016**

Dated: November 13, 2015

---

[1] "[#36]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.